UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 26, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_MC_

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:17-mj-00070-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JAMES MOORE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release James Moore; Case 2:17-mj-00070-KJN from

custody and for the following reasons:

       **\_**    Release on Personal Recognizance

       **\_**    Bail Posted in the Sum of _____

     **X**    Unsecured Appearance Bond in the amount of $50,000.00 cosigned

              by defendant's mother Mildred Jones and fiancee Bridgette Hearns

       **\_**    Appearance Bond with 10% Deposit

       **\_**    Appearance Bond secured by Real Property

       **\_**    Corporate Surety Bail Bond

     **X**    (Other)Pretrial Supervision/Conditions as stated on the record

Issued at  Sacramento, CA  on \_\_\_\_\_4/26/2017\_\_\_\_\_  at  2:10 P.M. .

                               By  _[signature]_

                                   Kendall J. Newman
                                   United States Magistrate Judge