| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | CALVIN DANIELS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-65 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JAMES MOORE, JR. and | ) | Date: July 14, 2017 |
| CALVIN DANIELS, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Calvin Daniels, and Christopher Cosca, Attorney for James Moore, Jr., that the status conference scheduled for July 14, 2017, at 9:00 a.m., be vacated and the matter continued to August 25, 2017, at 9:00 a.m., for further status conference.

Defense counsel have received over 1000 pages of discovery to review and require additional time to review discovery, investigate the facts of this case, and hold discussions with their clients in furtherance of a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 25, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order -1-

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: July 12, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for CHRISTOPHER COPPIN

DATED: July 12, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: July 12, 2017

*/s/ Christopher Cosca*
CHRISTOPHER COSCA
Attorney for JAMES MOORE, JR.

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 25, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 14, 2017 status conference shall be continued until August 25, 2017, at 9:00 a.m.

Dated: July 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge