PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00065-GEB-1 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: December 1, 2017 |
| JAMES MOORE, JR., | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant James Moore, Jr., through his counsel of record, stipulate that the status conference currently set for December 1, 2017, be continued to January 12, 2018, at 9:00 a.m.

On May 9, 2017, both Defendants were arraigned on the three-count Indictment in this case. (ECF No. 19.) Since that time, the United States has produced over 1,000 pages of discovery, which includes all of the related wiretap affidavits and orders filed in the San Joaquin County Superior Court, all of the surveillance reports generated in connection with this case, and transcripts of all of the recorded calls in which either Defendant was intercepted. In October 2017, the government followed up with additional discovery, including all audio recordings in which either Defendant was intercepted during the lifespan of the wiretap; video recordings from surveillance on select dates; and the applications for all five wiretap packages submitted to the San Joaquin County Superior Court. In the next week, the government will
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

produce an additional set of materials pertaining to the wiretap applications filed in the San Joaquin County Superior Court. Defense counsel will require time to review these new materials, as well as the materials already produced, to confer with his client, to conduct research and investigation about the charged offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for December 1, 2017, be continued to January 12, 2018, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including January 12, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated: November 29, 2017  /s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: November 29, 2017  /s/ *THD for Christopher R. Cosca*
CHRISTOPHER R. COSCA
Attorney for Defendant James Moore, Jr.

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that time from the date the parties stipulated, up to and including January 12, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the December 1, 2017 status conference shall be continued until January 12, 2018, at 9:00 a.m.

Dated: November 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge