McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MOORE, JR. and<br>CALVIN DANIELS,<br><br>Defendants. | 2:17-CR-00065-GEB<br><br>MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT JAMES MOORE, JR.<br><br>[Indictment, ECF No. 17] |

Plaintiff United States of America, through its undersigned counsel, moves to dismiss without prejudice the charges against defendant James Moore, Jr., as contained in the Indictment, filed on May 4, 2017. (ECF No. 17.) This motion is made under Federal Rule of Criminal Procedure 48(a).

The Indictment alleges that Moore conspired to distribute at least 100 grams of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846. (ECF No. 17 at 1.) The Indictment also alleges that Moore (and co-defendant Calvin Daniels) distributed at least 100 grams of heroin near a school zone, in violation of 21 U.S.C. §§ 841(a)(1) and 860. (*Id.* at 2.)

Moore and Daniels were arraigned on May 9, 2017. (ECF No. 19.) Moore has spent roughly nine months on pretrial supervision, but he has not spent an appreciable amount of time in custody otherwise, having been released on conditions shortly after the initial appearance. (ECF Nos. 5, 7.) Moore's next status hearing is set for February 23, 2018.

1     Co-defendant Calvin Daniels was remanded into custody following his initial appearance, and he has served roughly nine months in pretrial custody to date. (ECF No. 8.) Daniels pled guilty to Count Three of the Indictment on December 1, 2017. (ECF No. 36.) His judgment and sentencing is set for March 2, 2018. (*Id.*)

    After additional investigation, discussions with defense counsel, and in the interests of justice, the United States moves to dismiss without prejudice Counts One and Two of the Indictment as they pertain to defendant James Moore, Jr.[1] *See* Fed. R. Crim. P. 48(a).

    The undersigned has conferred with counsel for defendant Moore and confirmed that he does not oppose this request.

Dated: January 24, 2018

McGREGOR W. SCOTT
United States Attorney

 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

---

[1] The undersigned counsel will confer with defendant Daniels' defense counsel within hours of this filing. The government may file a similar dismissal as to Mr. Daniels depending on the results of that conversation.

MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT JAMES MOORE, JR.

2