McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00065-GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT AGAINST DEFENDANT JAMES MOORE, JR. |
| v. | |
| JAMES MOORE, JR. and CALVIN DANIELS, | |
| Defendants. | |

### ORDER

The United States has moved to dismiss Counts One and Two of the Indictment, filed on May 4, 2017, as these charges pertain to defendant James Moore, Jr. The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court hereby orders that Counts One and Two of the Indictment against defendant Moore be dismissed without prejudice.

SO ORDERED.

Dated: January 26, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge