| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00065-GEB-2 |
| Plaintiff, | MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT CALVIN DANIELS |
| v. | |
| CALVIN DANIELS, | [Indictment, ECF No. 17] |
| Defendant. | |

Plaintiff United States of America, through its undersigned counsel, moves to dismiss without prejudice the charges against defendant Calvin Daniels, as contained in the Indictment, filed on May 4, 2017. (ECF No. 17.) This motion is made under Federal Rule of Criminal Procedure 48(a).

The Indictment alleges that Mr. Daniels conspired to distribute at least 100 grams of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846. (ECF No. 17 at 1.) The Indictment also alleges that Daniels (and former co-defendant James Moore, Jr.) distributed at least 100 grams of heroin near a school zone, in violation of 21 U.S.C. §§ 841(a)(1) and 860. (*Id.* at 2.)

Daniels and Moore were both arraigned on May 9, 2017. (ECF No. 19.) Mr. Daniels pled guilty to Count Three of the Indictment on December 1, 2017. (ECF No. 36.) His judgment and sentencing was set for March 2, 2018, but the Court issued an order—this morning—granting Mr. Daniels' motion to withdraw his guilty plea. (ECF Nos. 46, 49.)

MOTION TO DISMISS INDICTMENT AGAINST
DEFENDANT CALVIN DANIELS

1

On January 24, 2018, the government moved to dismiss the charges against co-defendant Moore. (ECF No. 42.) The Court granted that request and dismissed Mr. Moore from this case. (ECF No. 44; *see also* Docket Sheet.)

In light of the Court's recent order granting Mr. Daniels' request to withdraw his guilty plea, the United States moves to dismiss without prejudice Counts One and Three of the Indictment as they pertain to defendant Daniels. The government makes this request after additional investigation, discussions with defense counsel, and in the interests of justice. *See* Fed. R. Crim. P. 48(a).

The undersigned has conferred with counsel for defendant Daniels and confirmed that he does not oppose this request.

Dated: February 27, 2018

McGREGOR W. SCOTT
United States Attorney

 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States